UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE N05-0002--CV (RRB)
"HAROLD R. KIYUKLOOK V USA"

Including terminated parties, excluding terminated counsel

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 05/27/05
             Closed: NO


       Jurisdiction: (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice
                     FEDERAL TORT CLAIM
             Origin: (1) Original Proceeding
             Demand: 100
         Filing fee: Paid $250.00 on 05/27/05 receipt # 00125804
           Trial by: Court
```

Parties of Record:                          Counsel of Record:

PLF 1.1          KIYUKLOOK, HAROLD R.              Don Bauermeister
                                                   Burke & Bauermeister
                                                   921 W. 6th Avenue, Suite 200
                                                   Anchorage, AK 99501
                                                   907-277-6177
                                                   FAX 907-277-6111

DEF 1.1          UNITED STATES OF AMERICA          Gary M. Guarino
                                                   U.S. Attorney's Office
                                                   222 W. 7th Avenue, #9
                                                   Anchorage, AK 99513-7567
                                                   907-271-5071
                                                   FAX    -   -

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE N05-0002--CV (RRB)
"HAROLD R. KIYUKLOOK V USA"

For all filing dates

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
    Referral Rule:
           Filed: 05/27/05
          Closed: NO

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (362) Personal injury - medical malpratice
                  FEDERAL TORT CLAIM
          Origin: (1) Original Proceeding
          Demand: 100
      Filing fee: Paid $250.00 on 05/27/05 receipt # 00125804
        Trial by: Court

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/27/05 | Complaint filed. |
| NOTE - 1 | 05/31/05 | Issued: summons re: US Attorney and Attorney General of US. |
| 2 - 1 | 07/06/05 | PLF 1 Return of Service on A. Gonzales & T. Burgess; Executed 6/7/05 & 6/2/05, respectively. |
| 3 - 1 | 07/29/05 | DEF 1 Stipulation for extension of time until 8/11/05 to file answer. |
| 3 - 2 | 08/01/05 | Order granting stipulation for extension of time until 8/11/05 to file answer (3-1).  cc: cnsl |
| 4 - 1 | 08/11/05 | DEF 1 Answer to Complaint. |
| 5 - 1 | 08/18/05 | RRB Minute Order re: ENE/S&P report/Initial case status report. Counsels' consent or rpt is due w/i 28 days from svc of this ord. cc: cnsl, Judge von der Heydt |
| 6 - 1 | 09/12/05 | DEF 1 Notice regarding early neutral evaluation. |
| 7 - 1 | 09/15/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 8 - 1 | 09/20/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 06/16/06; Dispositive motions deadline 07/17/06; Estimate of trial 5 days; TBC. cc: cnsl |
| 9 - 1 | 10/21/05 | PLF 1 Preliminary Witness List. |