DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAROLD R. KIYUKLOOK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:05-cv-002-RRB<br><br>STIPULATION FOR EXTENSION OF TIME |

　　　The parties, via undersigned counsel, stipulate and agree to extend the dates for expert reports, final witness lists, the close of discovery, and dispositive and discovery motions. This stipulation has been entered because the Plaintiff is in the process of undergoing medical tests and evaluations and the parties will need additional time to obtain and review this information before completing discovery and filing final witness lists in this matter. The proposed revised dates are as follows:

| | |
|---|---|
| July 28, 2006 | Expert Reports |
| July 28, 2006 | Final Witness Lists |
| September 15, 2006 | Close of Discovery |
| September 29, 2006 | Dispositive Motions, Discovery Motions, and Motions In Limine |

Dated: 4/18/06

DON C. BAUERMEISTER
Attorney for Plaintiff


DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

Dated: 4/19/06

GARY M. GUARINO
Assistant U.S. Attorney

Kiyuklook v. US
Case No. 2:05-cv-002-RRB

2