IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAROLD R. KIYUKLOOK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:05-cv-002-RRB<br><br>[PROPOSED] ORDER |

The parties' motione to extend the dates for expert reports, final witness lists, the close of discovery, and dispositive and discovery motions is hereby GRANTED. The revised dates are as follows:

| | |
|---|---|
| July 28, 2006 | Expert Reports |
| July 28, 2006 | Final Witness Lists |
| September 15, 2006 | Close of Discovery |
| September 29, 2006 | Dispositive Motions, Discovery Motions, and Motions In Limine |

Dated:_____     _____
                                                           Ralph R. Beistline
                                                           U.S. District Court Judge