NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAROLD R. KIYUKLOOK,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.  2:05-cv-00002-RRB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

The parties, via undersigned counsel, agree to extend the dates for the close of discovery and dispositive motions.  The Plaintiff has completed certain medical tests and evaluations and the parties have exchanged medical expert reports regarding Plaintiff's medical condition and injury claims in this case.  This stipulation has been entered because the parties need time to assess whether the

case can be resolved via settlement negotiations, and the parties are attempting to resolve the matter without expending additional time, expenses, and effort for further, potentially unnecessary, discovery and litigation. The proposed revised dates are as follows:

    December 8, 2006   Close of Discovery

    December 15, 2006   Dispositive Motions


Dated: October 11, 2006     s/ Don C. Bauermeister (consent)
                Attorney for Plaintiff



                NELSON P. COHEN
                UNITED STATES ATTORNEY


Dated: October 11, 2006     s/Gary M. Guarino
                Assistant U.S. Attorney
                222 West 7th Ave., #9, Rm. 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-5071
                Fax: (907) 271-2344
                E-mail: gary.guarino@usdoj.gov
                AK #820909