IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAROLD R. KIYUKLOOK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:05-cv-002-RRB<br><br>**[PROPOSED] ORDER** |

The parties' Stipulation for Extension of Time to extend the dates for the close of discovery and dispositive motions is GRANTED. The revised dates are as follows:

>    December 8, 2006     Close of Discovery

>    December 15, 2006    Dispositive Motions

Dated:_____          _____
                                Ralph R. Beistline
                                U.S. District Court Judge