NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAROLD R. KIYUKLOOK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  2:05-cv-00002-RRB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

    The parties, via undersigned counsel, agree to extend the dates for the close of discovery and dispositive motions.  This stipulation has been entered because the parties need time to determine whether the case can be resolved via settlement negotiations and the parties are attempting to resolve the matter without spending additional time and expenses for further, potentially unnecessary,  discovery and

Case 2:05-cv-00002-RRB     Document 16     Filed 12/21/2006     Page 2 of 2

litigation. In the event that the parties are unable to resolve the matter via negotiated settlement, they will need some additional time to schedule and complete out-of-state expert witness depositions. The proposed revised dates are as follows:

        March 9, 2007        Close of Discovery

        March 16, 2007       Dispositive Motions

Dated: December 21, 2006        s/ Don C. Bauermeister (consent)
        Attorney for Plaintiff

NELSON P. COHEN
UNITED STATES ATTORNEY

Dated: December 21, 2006        s/Gary M. Guarino
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: gary.guarino@usdoj.gov
        AK #820909

Kiyuklook v. US
Case No. 2:05-cv-00002-RRB        2