IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAROLD R. KIYUKLOOK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:05-cv-002-RRB<br><br>[~~PROPOSED~~] ORDER |

The parties' Stipulation for Extension of Time to extend the dates for the close of discovery and dispositive motions is GRANTED. The revised dates are as follows:

       March 9, 2007       Close of Discovery

       March 16, 2007      Dispositive Motions

Dated: 12/21/06

S/RRB
Ralph R. Beistline
U.S. District Court Judge