NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAROLD R. KIYUKLOOK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.  2:05-cv-002-RRB<br><br>**NOTICE REGARDING SETTLEMENT** |

　　　The United States notifies the Court that the parties have reached a negotiated settlement of the claims in this action. A notice and stipulation for dismissal will be filed after the parties have completed the settlement documents and proceedings.

Respectfully submitted this 8th day of June, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2007,
a copy of the foregoing **Notice Regarding Settlement** was sent electronically to
Don Bauermesiter.

s/ Gary M. Guarino