Burke & Bauermeister, P.L.L.C.
Don C. Bauermeister
Attorneys for Plaintiff
921 W. 6th Avenue, Ste. 250
Anchorage, Alaska 99501
(907) 277-6177

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **HAROLD R. KIYUKLOOK,**<br><br>　　　　**Plaintiff,**<br><br>VS.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　**Defendant.** | Case No.: 2:05-cv-002-RRB<br><br>**STIPULATION FOR**<br>**DISMISSAL WITH PREJUDICE** |

COME NOW, the parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., and stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees. In accordance with Rule 41(a)(1)(i), such dismissal shall be effective upon filing of this stipulation and without further order of court.

　　　　　　　　　　　　　　　　　BURKE & BAUERMEISTER, P.L.L.C.
　　　　　　　　　　　　　　　　　Attorney for plaintiff

　　　　　　　　　　　　　　　　　By: s/ Don C. Bauermeister
　　　　　　　　　　　　　　　　　　　Don C. Bauermeister
　　　　　　　　　　　　　　　　　　　921 W. 6th Ave., Suite 250
　　　　　　　　　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　　　　　　　　　Phone: 907-277-6177
　　　　　　　　　　　　　　　　　　　Fax:　　907-277-6111
　　　　　　　　　　　　　	　　　　　Email: bblaw@alaska.com
　　　　　　　　　　　　　　　　　　　ABA No. 8206005

NELSON P. COHEN
United States Attorney

By: s/ Gary M. Guarino
    Gary M. Guarino
    Assistant U.S. Attorney
    222 W. 7th Ave., #9, Rm. 253
    Anchorage, AK 99513
    Phone: 907-271-5071
    Fax:    907-271-2344
    Email: gary.guarino@usdoj.gov
    ABA No. 8209092

Stipulation for Dismissal with Prejudice
Kiyuklook v. United States of America
2:05-cv-002-RRB

August 28, 2007
Page 2